UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 04-62224 |
| TERRY S. HEARN | Chapter 13 |
| Debtor. / | Hon. Phillip J. Shefferly |
| TERRY S. HEARN, | Adversary Case No. 05-5330 |
| Plaintiff, | |
| v | |
| BANK OF NEW YORK and COUNTRYWIDE HOME LOANS, jointly and severally, | |
| Defendants. / | |

**DEFENDANT, COUNTRYWIDE HOME LOANS, AS NOMINEE FOR BANK OF NEW YORK'S, MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056**

Now comes Defendant, Countrywide Home Loans, as Nominee for Bank of New York ("Countrywide"), by and through its counsel, Myers & Allmand, PLLC, and for the reasons set forth in the accompanying Brief in Support of Countrywide's Motion for Summary Judgment Pursuant to Fed. R. Bankr. P. 7056, respectfully requests that this Court grant its Motion for Summary Judgment and enter the Order in the form attached hereto as Exhibit A.

MYERS & ALLMAND, PLLC, Attorneys for
                                          Countrywide Home Loans, as Nominee for
                                          Bank of New York


                                          By:/s/ Jessica B. Allmand
                                             Jessica B. Allmand (P59128)
                                             J. Kyle Guthrie (P63880)
                                             8163 Grand River Avenue, Suite 400
                                             Brighton, MI 48114
DATED:   October 21, 2005                    (810) 229-6620

G:\Client Folders\C102\M022\adversary\mtn for sum judg.wpd